# Court of Appeals
# of the State of Georgia

ATLANTA, July 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2097. TRINITY-PRYOR BUILDING, LLC. v. B & L ENTERPRISES SERVICE SOLUTIONS, INC.**

Trinity-Pryor Building, LLC., filed this direct appeal from the trial court's order granting the garnishor judgment in this garnishment action. We lack jurisdiction over the direct appeal.

Under OCGA § 5-6-35 (a) (4), appeals in garnishment cases must be made by filing a timely application for discretionary appeal. See *Lamb v. First Union Brokerage Svcs.*, 263 Ga. App. 733, 736 (1) (589 SE2d 300) (2003). Because Trinity-Pryor Building failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction. See *Thomas v. Grisson*, 191 Ga. App. 421 (383 SE2d 907) (1989).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/12/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*